AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

United States

V.

Sarunn Phan

**APPEARANCE**

Case Number: CR 07-020ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Sarunn Phan

I certify that I am admitted to practice in this court.

2/12/2007

Date

Signature

Thomas G. Gilick
Print Name

5856
Bar Number

400 Reservoir Avenue
Address

Cranston
City

RI
State

02907
Zip Code

(401) 781-0755
Phone Number

(401) 781-0713
Fax Number