**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR 07 020ML |
| v. | : | |
| | : | CR NO. |
| SARUNN PHAN | : | In violation of |
| | : | 18 U.S.C. § 922(g)(1) |

**INDICTMENT**

The Grand Jury charges that:

**COUNT I**

On or about January 26, 2007, in the District of Rhode Island, the defendant, SARUNN PHAN, who was previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly and intentionally possess a firearm, to wit: a Smith & Wesson .357 caliber revolver, Model 686, Serial Number AVC1209, in and affecting interstate and foreign commerce,

All in violation of 18 U.S.C. § 922(g)(1).

A TRUE BILL:

REDACTED

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

RICHARD W. ROSE
Assistant U.S. Attorney

LUIS M. MATOS,
Criminal Chief
Assistant U.S. Attorney

DATE 2/14/07

FILED
FEB 14 2007