IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
) CR. No. 07-020ML
vs. )
)
SARUNN PHAN )

**NOTICE OF APPEARANCE**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Zechariah Chafee, Assistant United States Attorney, and files this Notice of Appearance in the case entitled, United States v. Sarunn Phan, CR07-020ML, in that Assistant United States Attorney Richard W. Rose is being withdrawn from this case.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/S/ZECHARIAH CHAFEE
ZECHARIAH CHAFEE
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email zechariah.chafee@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 21st day of March, 2007, I caused the within Notice of Withdrawal of Appearance to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

Thomas G. Glick
Law Offices of Edward A. Shapiro
400 Reservoir Avenue
Providence, RI 02907

/S/ZECHARIAH CHAFEE
ZECHARIAH CHAFEE
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email:zechariah.chafee@usdoj.gov