**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **-vs-** | : | **CR. No.: 07-00020-01ML** |
| | : | |
| **SARUNN PHAN** | : | |

## ASSENTED-TO MOTION TO CONTINUE SENTENCING HEARING DATE

The defendant in this matter respectfully requests a continuance of the sentencing date set by the Court for the morning of July 27, 2007. As reason therefore, defense counsel states that he has been ordered on July 23, 2007 to appear for a jury trial in the case of State of Rhode Island vs Edmund Phillips, P2-06-1720A in Providence Superior Court before Justice Vogel. The defendant's attorney anticipates the trial lasting one to two weeks.

Defense counsel has notified the Assistant United States Attorney assigned to this matter, Zechariah Chafee, AUSA, of this scheduling conflict and he has no objection to the requested continuance under the circumstances.

SARUNN PHAN.

By his attorney,

*/s/ Thomas G. Gulick*
THOMAS G. GULICK, ESQ. #5856
400 Reservoir Avenue, Ste LL E-F
Providence, RI 02907
Tel (401) 781-0755
Fax (401) 781-0713

Granted. The hearing is re-scheduled to August 8, 2007 at 10:00 AM.
Mary M. Lisi
USDJ

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participant, Assistant United States Attorney Zechariah Chafee, as identified on the Notice of ezlectronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 23, 2007.

*/s/ Thomas G. Gulick*